## A90A0018. THE STATE v. JOHNSON et al.
(395 SE2d 67)

CARLEY, Chief Judge.

After preliminary hearings had been held and accusations had been filed against appellees, it was error for the state court to order that the instant cases be transferred to the magistrate court for the purpose of holding additional preliminary hearings. See *First Nat. Bank &c. Co. in Macon v. State*, 237 Ga. 112 (227 SE2d 20) (1976); *Boatright v. State*, 10 Ga. App. 29 (1) (72 SE 599) (1911).

*Judgments reversed. McMurray, P. J., and Sognier, J., concur.*

DECIDED JUNE 7, 1990.

*James L. Webb, Solicitor, Lee O'Brien, Helen A. Roan, Assistant Solicitors*, for appellant.
Jeremiah Outerbridge, *pro se.*
Michael Glenn Johnson, *pro se.*